UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN GUERRIERO,<br><br>        Plaintiff,<br><br>    v.<br><br>BRIAN HADLEY, et al.,<br><br>        Defendants. | Case No. EDCV 15-776-GHK (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Accepting the Report and Recommendation and Adopting Findings, Conclusions and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed with prejudice.

    DATED:    8/11/15  .

                                        GEORGE H. KING
                                        CHIEF UNITED STATES DISTRICT JUDGE

C:\Users\sbourgeoi\AppData\Local\Temp\notesC7A056\EDCV 15-776-JUDGMENT.wpd